
FORM TO BE USED BY A PRISONER FILING AN
APPLICATION TO PROCEED IN FORMA PAUPERIS
IN A 42 U.S.C. § 1983 CIVIL RIGHTS ACTION
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

I. CAPTION

__FRANCIS M. MILLETT__
(Enter the full name of plaintiff or plaintiffs)

v.

__TROY RICE/ROBERT GUILDEA/GERALD SHEMANSKI/GEORGE HOZE__
__GEORGE MILLER/CHARLES McKUEN/CHARLES ERICKSON/WAYNE BRIGGS__
__PETER DRODZ/JEROME FRYZEL/DAVID HALLMAN/JEFFREY BEARD/GALEN MILLER/SHARON BURKS__
(Enter the full name of defendant or defendants)

FILED
SEP - 2 2005
MIC...
By _____ Dep. Clerk



Instructions:

The caption of this application should be identical to the caption of the complaint. A separate application must be completed by each plaintiff listed in the caption. Show your full name in the first line of the declaration below. Provide all information requested.

II. DECLARATION

I, (your name) __FRANCIS M. MILLETT__, declare that I am the plaintiff in the above-captioned 42 U.S.C. § 1983 civil rights action, and that I am entitled to proceed _in forma pauperis_ pursuant to 28 U.S.C. § 1915 because of my inability to prepay the full $150 fee to file this action or give security therefor. I understand that the granting of _in forma pauperis_ status does not waive payment of the full filing fee.

In further support of this application, I provide the following information:

1. Do you presently have prison employment?    yes ( ) no (✓)

2. If you are not employed do you have other income?    yes (✓) no ( )

3. If "yes" to either of above, state source of monthly income and amount.
   source __FAMILY DONATIONS/GIFTS__ amount __VARIOUS AMOUNTS__

4. If "no," state date and place of last employment and amount of monthly income.
   date and place _____ amount _____

5. Do you have money in a prison account? yes (✓) no ( ) amount _____

6. Do you have money in a bank account? yes ( ) no (✓) amount _____

7. Do you own or have an interest in valuable property such as automobile real estate, stocks, or bonds?    yes ( ) no (✓)
   If "yes," describe property _____ value _____

Page 1

8. List the persons who depend on you for support, state their relationship to you, and how much you contribute toward their support.

N/A

9. State whether you have received within the past 12 months any money from any of the following sources:

   a. Business, profession or other form of self-employment   yes ( )   no (✓)

   b. Rent payments, interest or dividends                    yes ( )   no (✓)

   c. Pensions, annuities or life insurance payments          yes ( )   no (✓)

   d. Gifts or inheritances                                    yes (✓)   no ( )

   e. Any other sources                                        yes ( )   no (✓)

If the answer to any of the above is "yes," describe each source of money and state the amount received from each source during the past 12 months.

GIFTS FROM FAMILY — VARYING AMOUNTS < $100

### III. DECLARATION AND SIGNATURE

I declare under penalty of perjury that the foregoing is true and correct.

_Francis M. Millett_
SIGNATURE OF PLAINTIFF

_August 21, 2005_
DATE

### IV. CERTIFICATION

**Instructions:**

Request that an appropriate prison official provide: 1) the information below concerning your **inmate trust fund account balances**; and 2) a certified copy of your **inmate trust fund account statement** showing all deposits and withdrawals for the prior six-month period.

I certify that the applicant named herein has the sum of $ 2.22 on account to his credit at the RETREAT institution where he is confined.

I further certify that during the last six months the applicant's average monthly account balance was $ 8.06 ; and that the average monthly deposits during the during the last six months were $ 107.85 .

_Sheila Sheetz, Accounting Assistant_
SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL

_8-29-05_
DATE